UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWUD ROBINSON, | No. 2:13-cv-0105 GEB AC P |
| Petitioner, | |
| v. | ORDER |
| R. BARNES, | |
| Respondent. | |

Petitioner seeks relief pursuant to 28 U.S.C. § 2254. On April 30, 2013, respondent filed a motion to dismiss the petition for writ of habeas corpus. Petitioner has not opposed the motion.

By order dated February 26, 2013, petitioner was notified that if the response to his habeas petition was a motion, his opposition or statement of non-opposition to the motion was to be filed and served within thirty days after service of the motion. Local Rule 230(l) provides in relevant part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion…."

Good cause appearing, IT IS ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition, if any, to the pending motion to dismiss. Failure to file an

////

////

////

1

opposition or a statement of non-opposition will be deemed as consent to have the pending motion granted.

DATED: September 24, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//robi0105.nooppomtd